THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MAX GINSBERG, Appellant.

(Submitted May 31, 1933; decided June 13, 1933.)

*H. Thornton Banks, Samuel L. Miller* and *Alfred Selter* for appellant.

*William F. X. Geoghan, District Attorney (Henry J. Walsh* of counsel), for respondent.

 no opinion.
Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.